**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:26-cv-518-MOC-MTO**

| | | |
|---|---|---|
| **HAMED KHALILI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TODD BLANCHE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| ______________________________ | ) | |

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Dismiss Complaint without Prejudice as to all Defendants. (Doc. No. 5). Plaintiff notes that the relief sought—the adjudication of his Form I-485—has been completed, and Plaintiff has received his green card.

The Court **GRANTS** the motion, and this matter is dismissed without prejudice.

The Clerk is respectfully instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: October 1, 2026

Max O. Cogburn Jr
United States District Judge